UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDRIC JOEL COHEN, M.D., P.C.
(Evelisette Hernandez),

        Plaintiff,

VS.

UNICARE LIFE & HEALTH INSURANCE COMPANY,

        Defendant.



08-cv-3029

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UniCare Life & Health Insurance Company ("UniCare"), by and through its undersigned counsel, files this Corporate Disclosure Statement and states that:

UniCare is not a publicly traded company. UniCare is a wholly owned subsidiary of WellPoint, Inc., a publicly held corporation owning 10% or more of UniCare.

Dated: New York, New York
March 25, 2008

                              BRACEWELL & GIULIANI LLP

                              By: _____
                                   Rachel B. Goldman

                              1177 Avenue of the Americas
                              New York, New York 10036
                              (212) 508-6135
                              (212) 938-3835 (facsimile)

                              ATTORNEYS FOR DEFENDANT UNICARE LIFE & HEALTH INSURANCE COMPANY