UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDRIC JOEL COHEN, M.D., P.C.
(Evelisette Hernandez),

          Plaintiff,

V.

UNICARE LIFE & HEALTH INSURANCE COMPANY,

          Defendant.

_____ CV _____

**DECLARATION OF SERVICE**

**RACHEL B. GOLDMAN**, an attorney admitted to practice before the courts of the State of New York, declares under the penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

On March 25, 2008, I served a copy of the annexed Notice of Removal, dated March 25, 2008, by way of regular mail to the following:

    Robert A. Santucci
    Attorneys for Plaintiffs
    Santucci & Associates
    110 Wall Street, 11th Floor
    New York, New York  10005

the address within the State theretofore designated by that attorney for that purpose.

Dated: New York, New York
       March 25, 2008

                                            **RACHEL B. GOLDMAN**