UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

FREDRIC JOEL COHEN, M.D., P.C.
(Evelisette Hernandez)

                         Plaintiff,

        -against-

                                                                **STIPULATION DISMISSING**
                                                               **ACTION WITH PREJUDICE**

UNICARE LIFE & HEALTH INSURANCE COMPANY          08 CV 3029 (HB)

                        Defendant.
                                     X

     **IT IS HEREBY STIPULATED AND AGREED,** the undersigned, the attorneys of record for the plaintiff to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed, with prejudice, without costs to any party as against the other.

Dated: New York, New York
           May 6, 2008

_____          _____
                                                            Robert A. Santucci, Esq. (RS-6496)
Bracewell & Giuliani                             Santucci & Associates
Attorneys for Defendant                       Attorneys for Plaintiff
1177 Avenue of the Americas              110 Wall Street – 11th Floor
New York, New York 10036                New York, New York 10005-3817

*Rachel Goldman*

                                          SO ORDERED

                                 _____
                                 Hon. Harold Baer, Jr., U.S.D.J.